UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADERMIS WILSON GONZALEZ,         CASE NO. 06-10018-CIV-HIGHSMITH
                                  CASE NO. 03-10018-CR-HIGHSMITH
    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE is before the Court upon the Report and Recommendation (the "R&R") Following Evidentiary Hearing of United States Magistrate Judge White.

This Court has reviewed Judge White's detailed thirty-four-page R&R and has also reviewed the hundreds of pages submitted to this court by Mr. Gonzalez, which this Court will construe as his Objections to Judge White's R&R.

After a review of the R&R, Movant's Objections to the R&R, and relevant case law, this Court finds Movant's Objections have no merit. Accordingly, this Court ADOPTS Judge White's R&R, and Movant's Motion to Vacate Pursuant to 28 U.S.C. §2255 (DE #1) is DENIED. All pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 26 day of July, 2007.

                                              SHELBY HIGHSMITH
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Adermis Gonzalez, *Pro Se*
       Fed. Reg. Number 39061-004
       Federal Correctional Institution
       P.O. Box 019120
       Miami, FL 33101-9120